CHESAPEAKE OPERATING, INC., Plaintiff–Appellee

v.

Wilbur Delmas WHITEHEAD, doing business as Whitehead Production Equipment, Defendant–Appellant.

v.

Cash Flow Experts, Incorporated, Defendant–Appellee.

No. 11–41349.

United States Court of Appeals, Fifth Circuit.

Nov. 9, 2012.

Brian Kevin Tully, Esq., Pierce & O'Neill, L.L.P., Houston, TX, for Plaintiff–Appellee.

---

James Lee Hankins, Oklahoma City, OK, Defendant–Appellant.

David H. Crago, Crago Law Firm, P.C., Corpus Christi, TX, for Defendant–Appellee.

Before JOLLY, JONES and GRAVES, Circuit Judges.

PER CURIAM: *

The court has reviewed this appeal in light of the briefs and pertinent portions of the record, and affirms the district court judgment for essentially the reasons stated by that court. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

